# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, EUGENE SELLERS,<br><br>                                          Relator,<br><br>v.<br><br>HAWAIIAN NATIVE CORP., et al.,<br><br>                                          Defendants. | Case No.:  18-CV-2849 W (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [DOC. 23]** |

Pending before the Court is a joint motion to dismiss this case.  Good cause appearing, the Court **GRANTS** the joint motion [Doc. 23] and **ORDERS** the case **DISMISSED** with prejudice as to Relator Eugene Sellers and without prejudice as to the United States.

**IT IS SO ORDERED**.

Dated:  July 28, 2020

_____
Hon. Thomas J. Whelan
United States District Judge